THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CRIMINAL CASE NO. 2:13-cr-00012-MR-DLH-6

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | <u>O R D E R</u> |
| JUSTINA NACOLE RATTLER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss [Doc. 94].

For the reasons stated in the Government's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's Motion [Doc. 94] is **GRANTED**, and the above-referenced Defendant is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**　　Signed: September 17, 2013

Martin Reidinger
United States District Judge